IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT J. ROGERS, on behalf of
A.M.R and K.M.R.,

                                                JUDGMENT IN A CIVIL CASE

      Plaintiff,                                         14-cv-393-jdp

v.

MARINETTE COUNTY HEALTH AND
HUMAN SERVICE DEPARTMENT and
LISA TUOZZO,

      Defendants.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice because plaintiff Robert J. Rogers cannot bring it without representation.

| /s/ | 2/4/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |